City, State, or Zip

18420 NW 78th Ave, Hialeah, FL 33015






# 18420 NW 78th Ave,
## Hialeah, FL 33015

**3 beds · 2 baths · 2,853 sqft**

Edit home facts for a more accurate Zestimate.

**OFF MARKET**

Zestimate®: $459,544

Rent Zestimate®: $3,500/mo

Est. Refi Payment

$2,139/mo

Get Your Home Report

See Zestimate updates, plus the latest sales and listings in your area.

This 2853 square foot single family home has 3 bedrooms and 2.0 bathrooms. It is located at 18420 NW 78th Ave Hialeah, Florida.

**FACTS**

- Lot: 10,800 sqft
- Single Family
- Built in 1968
- All time views: 780
- Last sold: Apr 2006 for $590,000

**FEATURES**

- Pool

**CONSTRUCTION**

- Exterior material: Cement concrete
- Roof type: Other
- Stories: 1
- Unit count: 1

**OTHER**

- Floor size: 2,853 sqft
- Last remodel year: 1968
- Parcel #: 3020100130110
- Zillow Home ID: 44080549

# Zestimate Details

Zestimate
**$459,544**
-$9,454 Last 30 days
$409K $519K
Zestimate range

Rent Zestimate
**$3,500/mo**
+$412 Last 30 days
$2.6K $3.9K
Zestimate range

Zestimate forecast
To see Zestimate forecast
One year




# Owner Dashboard

**Do you own this home? See your Owner Dashboard.**

# Improve This Home's Value

The right home project can make a significant impact to your home value! Compare average project costs in your area with estimated increases to your home value.

**Minor Kitchen Remodel**

**Minor Kitchen Remodel**

+ 19.7K VALUE
Project cost: $18,064

**Deck Addition**

**Deck Addition**

+ 10.1K VALUE
Project cost: $9,310

## Price / Tax History

| DATE | EVENT | PRICE | $/SQFT | SOURCE |
|---|---|---|---|---|
| 04/25/06 | Sold | $590,000 +57.3% | $206 | |
| 06/11/04 | Sold | $375,000 +13.6% | $131 | |
| 08/09/02 | Sold | $330,000 | $115 | |

## Neighborhood: 33015

**MEDIAN ZESTIMATE**

$201,900
9.0%
Past 12 months

**MARKET TEMP**

Very Hot

Buyers' Market Sellers' Market

Zillow predicts will decrease 0.6% next year, compared to a 1.5% decrease for Palm Springs North as a whole. Among 33015 homes, this home is valued 129.3% more than the midpoint (median) home, and is valued 6.6% more per square foot.

**NEARBY** Walk Score ® **39** (Car-Dependent) Transit Score ™ **43** (Some Transit)

Homes Map



OFF MARKET
$483,853 3 bds · 2 ba · 2,856 sqft
1 day on Zillow · 18400 NW 78th Ave, Hialeah, FL



OFF MARKET
$334,586 3 bds · 2 ba · 1,501 sqft
1 day on Zillow · 18440 NW 78th Ave, Hialeah, FL

## Refinance

| HOME PRICE | CURRENT BALANCE | CREDIT SCORE |
|---|---|---|
| $459,544 | $373,759 | 720-739 |

★★★★☆ 4.6/5

1,982 Reviews

NMLS #66247

30 year fixed

3.456% APR

3.375% Rate · $1,652/mo · $481 in fees

Lowest APR & Fees (30yr)

View details

★★★★☆ 4.55/5

1,862 Reviews

NMLS #1071

30 year fixed

3.473% APR

3.375% Rate · $1,652/mo · $1,241 in fees

View details

See all of your results

## Nearby Schools in Palm Springs North

| SCHOOL RATING | | GRADES | DISTANCE |
|---|---|---|---|
| 7 out of 10 | Palm Springs North Elementary (assigned) | PK-5 | 0.6 mi |
| 4 out of 10 | Lawton Chiles Middle (assigned) | 6-8 | 0.8 mi |
| 6 out of 10 | Barbara Goleman Senior High (assigned) | 8-12 | 2.7 mi |

Data by GreatSchools.org

## Similar Homes for Sale

7991 NW 181st St, Hialeah, FL

**FOR SALE**
$434,000
4 beds, 2.0 baths, -- sqft
7991 NW 181st St, Hialeah,

7950 NW 181st St, Hialeah, FL

**FOR SALE**
$444,900
6 beds, 4.0 baths, 2376 s...
7950 NW 181st St, Hialeah,

7621 NW 186th St, Hialeah, FL

**FOR SALE**
$589,000
5 beds, 3.0 baths, 3556 s...
7621 NW 186th St, Hialeah

18667 NW 78th Pl, Hialeah, FL

**FOR SALE**
$317,000
3 beds, 2.0 baths, 1681 s...
18667 NW 78th Pl, Hialeah

8300 NW 177th St, Hialeah, FL

**FOR SALE**
$449,000
4 beds, 2.0 baths, 1971 s...
8300 NW 177th St, Hialeah

## Nearby Similar Sales

SOLD: $325,000
Sold on 8/12/2015
4 beds, 2.0 baths, 1756 sqft
18321 NW 82nd Ave, Hialeah, FL 33015

SOLD: $315,000
Sold on 4/20/2016
5 beds, 2.0 baths, 2309 sqft
18927 NW 80th Ct, Hialeah, FL 33015

SOLD: $329,000
Sold on 8/24/2015
4 beds, 2.0 baths, 1849 sqft
17820 NW 78th Pl, Hialeah, FL 33015

SOLD: $329,000
Sold on 2/24/2016
4 beds, 2.5 baths, 2110 sqft
18723 NW 77th Pl, Hialeah, FL 33015

SOLD: $330,000
Sold on 12/18/2015
5 beds, 2.0 baths, 2050 sqft
8260 NW 185th St, Hialeah, FL 33015